# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIRDELLA LOVE RAHHAL,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No. CIV-26-020-RAW-GLJ |

## ORDER

Before the court is the Report and Recommendation ("R&R") issued by United States Magistrate Judge Gerald L. Jackson [Docket No. 11], recommending that the motion for more definite statement pursuant to Fed. R. Civ. P. 12(e), or in the alternative, motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 8] be granted to the extent it requests dismissal of this action. Magistrate Judge Jackson also analyzed the action pursuant to 28 U.S.C. § 1915 and recommends that the action be dismissed without prejudice for failure to state a claim upon which relief can be granted. No objection has been filed.

The court finds that the R&R is well-supported. Magistrate Judge Jackson correctly determined that this action should be dismissed. Accordingly, the R&R [Docket No. 11] is hereby affirmed and adopted as this court's Findings and Order. The motion to dismiss [Docket No. 8] is granted, and this action is dismissed without prejudice.

**IT IS SO ORDERED** this 20th day of May, 2026.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**